## G. W. CARLISLE *v.* R. F. CHRESTMAN.

TAX-TITLE.  *Assessment-roll, Tallahatchie county,* 1879.  *Failure to return.*

> The land assessment-roll for 1879 in Tallahatchie county, not having been returned to the board of supervisors on the first Monday in July, was void, and a sale for taxes based thereon is invalid. *Fletcher* v. *Trewalla,* 60 Miss., 963.

FROM the chancery court of Tallahatchie county.
HON. W. R. TRIGG, Chancellor.

Suit by appellant, Carlisle, to confirm a tax-title. With the exception of the fact that Chrestman, instead of Yoder, is the claimant of the land under the tax-sale of March, 1882, and that the title acquired by him under said sale was not followed by three years' possession before the beginning of this suit, the facts in this cause are identical with those in *Carlisle* v. *Yoder*, the preceding case. Decree for defendant, and complainant appeals.

*Nugent & Mc Willie*, for appellant.
*Fletcher* v. *Trewalla*, 60 Miss., 963, is decisive against appellee's title.

*Bailey & Bailey* for appellee.

Argued orally by *T. A. Mc Willie*, for appellant.

COOPER, J., delivered the opinion of the court.
Complainant acquired title to the land under the sale for taxes of May, 1868, to the levee board, and by the conveyances under which he claims the title thus secured by the board. *Carlisle* v. *Yoder, ante*, 384.
The sale of March, 1882, was invalid, because the assess-

ment-roll for the year 1879 (under which the sale was made) was not returned by the assessor on the first Monday of July, as required by law. *Fletcher* v. *Trewalla*, 60 Miss., 963.

*Decree reversed, and cause remanded.*